**Nathaniel Lekai HART,**
**Plaintiff–Appellant,**

v.

**Bobby SHEARIN, Defendant–Appellee.**

**No. 15–6653.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 25, 2015.

Nathaniel Lekai Hart, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Lekai Hart appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hart v. Shearin,* No. 1:14–cv–01324–GLR, 2015 WL 1431549 (D.Md. Mar. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*